**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 11-20113-CR-LENARD/O'SULLIVAN

**UNITED STATES OF AMERICA**,
    Plaintiff,

vs.

**JOSE NUNEZ, M.D.,**
    Defendant,

and

**REGIONS BANK**
    Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 901)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge John J. O'Sullivan ("Report," D.E. 901), issued on March 18, 2014, recommending that the Plaintiff's Motion to Direct Garnishee to Deposit Money in Court's Registry Fund for Payment of Restitution Pursuant to Writ of Garnishment, D.E. 894. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 901) issued on March 18, 2014, is **ADOPTED**.

2. The Plaintiff's Motion is Granted.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of July, 2014.

                                                                     JOAN A. LENARD
                                          UNITED STATES DISTRICT JUDGE